1492

## MOTION DOCKET

**93–2626.** State ex rel. Riser Foods, Inc. v. Trimble. *Franklin County,* No. 92AP–827. On request for oral argument. Request denied.

**94–1241.** Boehringer Ingelheim Pharmaceuticals, Inc. v. Tracy. Board of Tax Appeals, No. 92–M–434. On request for argument before full court. Request granted.

F.E. SWEENEY, J., dissents.

**94–1454.** K.S.T. Oil & Gas Co. v. Tracy. Board of Tax Appeals, No. 92–A–347. *Sua sponte,* this cause is consolidated with 94–1455, *K.S.T. Oil & Gas Co. v. Tracy,* Board of Tax Appeals, No. 92–A–348, and *CVAS Drilling, Inc. v. Tracy,* Board of Tax Appeals, No. 92–A–346.

**94–1594.** State ex rel. Leach v. Schotten. *Trumbull County,* No. 94–T–5033. On motion to supplement the record. Motion granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**94–1924.** Evilsizor v. Tracy. Board of Tax Appeals, No. 93–B–1034. On request for argument before full court. Request denied.